MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-0910
  FAX: (408) 535-5066
  Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00894 LHK |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE FROM OCTOBER 19, 2011 TO NOVEMBER 30, 2011 |
| v. | |
| RYAN DUNN, | |
| Defendant. | Date: October 19, 2011<br>Time: 10:00 a.m.<br>Court: The Hon. Lucy H. Koh |

    There is currently a status date scheduled in the above-captioned matter on October 19, 2011. Government and defense counsel jointly move the vacate the current status date and to set a new status date of November 30, 2011 at 10:00 a.m. Both the government and defense counsel continue to investigate this matter and to negotiate and appropriate disposition for the case. The parties agree that the time between October 19, 2011 and November 30, 2011 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) as reasonable time necessary for effective preparation, taking into the

USA'S STIP. TO CONTINUE DATE
FOR STATUS CONF.
[CR 10-00894 LHK]

account the exercise of due diligence, and that the interests of justice outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: October 17, 2011      \s\
          ALLISON MARSTON DANNER
          Assistant United States Attorney

DATED: October 17, 2011      \s\
          EUGENE MARTINEZ
          Attorney for RYAN DUNN

    For the foregoing reasons, the Court continues the next status conference in this case from October 19, 2011 to November 30, 2011 at 10 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from October 19, 2011 through November 30, 2011.

SO ORDERED.

DATED:  10/18/2011                                     
                                      LUCY H. KOH
                                      Judge, United States District Court