```
1  Eugene J. Martinez
   LAW OFFICES OF EUGENE J. MARTINEZ
2  146 Central Ave.
   Salinas, CA 93901
3
   Telephone: (831)754-1234
4  Fax: (831)751-7797
   SBN: 81209
5
   Attorney for: RYAN DUNN
6
```

Filed
MAY 22 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA CALIFORNIA,<br>           Plaintiff,<br><br><br><br>Ryan Dunn<br><br>           Defendant. | Case No. 5:10-cr-00894-LHK<br><br>STIPULATION AND (PROPOSED)<br><br>ORDER TO CONTINUE SENTENCING |

It is hereby stipulated by the parties that, with the court's consent, the matter of sentencing in the above-case be postponed to June 13, 2012 at 9:00 a.m. The basis for this continuance is that defense counsel is in a homicide jury trial in Santa Cruz County Superior Court that is expected to last through May 25, 2012.

Please be advised that the Judge's clerk Martha Parker Brown has been notified and approved the date of June 13, 2012.

//

//

So stipulated,

Dated: May 21, 2012        /s/
                           Eugene J. Martinez
                           Attorney at Law

Dated: May 21, 2012, It is so stipulated:

                           /s/
                           Allison Danner, AUSA


For the foregoing reasons, the Court continues the sentencing in the case from May 23, 2012 to June 13, 2012 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance.


SO ORDERED:

DATED: 5/22/12                     /s/ Lucy H. Koh
                           LUCY H. KOH
                           Judge, United States District Court